**ENTER   JS6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN G. WESTINE, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent . ) <br> _____ ) | CASE NO. CV08-2495-R <br> CR90-0263-R <br> <br> ORDER |

  Petitioner John G. Westine files what he calls a "request a Writ of Mandamus" to reduce his sentence.

  Petitioner has filed several motions each entitled differently attacking his conviction on both claims of constitutional and statutory grounds.  This has been done to get around the limitations on habeas corpus and modification limitations.

  The petition is denied.

DATED: April 23, 2008.

                        _____
                         MANUEL L. REAL
                       UNITED STATES DISTRICT JUDGE